UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

    JAMES M and DEBRA MOLLETTE

DEBTOR(S)                                    CASE NO. 08-70352

ORDER OF DISMISSAL

This case came on for hearing on  September 10, 2008 at Pikeville,
Kentucky, on the Motion of the Trustee to Dismiss for failure of
the debtor(s) to comply with the payment provisions of their plan or
the debtor(s) having failed to appear or make other response, the
Court finds this case should be and hereby is DISMISSED.

cc:   JAMES M and DEBRA MOLLETTE
     1262 ROUTE 302

     VAN LEAR KY 41265

     LOVELY, JEFFERY N.
     MCFARLAND & LOVELY
     MAPLE STREET,  P O BOX 82
     SALYERSVILLE  KY 41465

   Pursuant to Local Rule 9022-1(c)
   Beverly M. Burden shall cause a
   copy of this order to be served on
   each of the parties designated to
   receive this order pursuant to Local
   Rule 9022-1(a) and shall file with the
   court a certificate of service of the
   order upon such parties within ten (10)
   days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document
has been signed by the Judge and electronically entered by the Clerk in the
official record of this case.**



**Signed By:**
***William S. Howard***
**Bankruptcy Judge**
**Dated: Friday, October 10, 2008**
**(wsh)**